CLERK'S OFFICE U.S. DISTRICT COURT
AT ROANOKE VA. - FILED

MAY 1 2 2009

JOHN F. CORCORAN, CLERK
BY: /s/ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| KENNETH EDWARD BARBOUR,<br>Plaintiff, | Civil Action No.7:09-cv-00154 |
| v. | ORDER |
| KEEFFEE COMMISSARIES AT VDOC's,<br>Defendant. | By: Hon. James C. Turk<br>Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

### ORDERED

that plaintiff's request to proceed in forma pauperis without prepayment of the filing fee is **DENIED**; the action is **STAYED**; and if plaintiff does not prepay the $350.00 filing fee for this action within seven (7) business days from the date of this order, the action will be **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915(g).

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the plaintiff.

ENTER: This _12th_ day of May, 2009.

/s/ James C. Turk
Senior United States District Judge